## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JOHN MAESTRI,

       Plaintiff,

v.                                           Case No. 11-12226

SCOTT ISAACSON and
DAVID HUFFMAN, JR.,

       Defendants.

_____/

### ORDER OF DISMISSAL

On May 4, 2012, the parties arrived at a mutually agreeable resolution of this matter during a settlement conference with the court.  At that time, counsel informed the court they would finalize the terms of the settlement in the coming weeks and submit to the court a stipulation and proposed order of dismissal.  Recent communications with counsel have confirmed that, although such documents have yet to be submitted, the parties' settlement is still intact and this case need no longer be maintained on the court's active docket.  Accordingly,

IT IS ORDERED that the above-entitled action is DISMISSED without prejudice. Either party can move to reopen this case by **July 31, 2012**, if settlement is not finalized.  After **July 31, 2012**, this dismissal will be with prejudice.  Counsel may still submit a stipulated, substitute order of dismissal for entry on the court's docket.

                                 s/Robert H. Cleland_____
                                 ROBERT H. CLELAND
                                 UNITED STATES DISTRICT JUDGE

Dated:  June 28, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 28, 2012, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522